In the Matter of the Appraisal under the Transfer Tax Acts of the Estate of SARAH A. LANKFORD PALMER, Deceased.

THE COMPTROLLER OF THE CITY OF NEW YORK, Appellant; Bishop JOSEPH C. HARTZELL, Respondent.

*Matter of Palmer*, 33 App. Div. 307, affirmed.
(Argued January 10, 1899; decided January 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made October 7, 1898, reversing an order of the surrogate of New York county imposing a transfer tax.

*Emmet R. Olcott* for appellant.

*Lemuel Skidmore* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except VANN, J., not voting.